UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) No. 4:25-cr-00130 NCC |
| | ) |
| HAYDEN BREHM, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times material to this Information, unless otherwise specified below:

    1.    Defendant Hayden Brehm ("Defendant Brehm") was employed by the United States Postal Service as a mail carrier. Defendant Brehmn was assigned to the assigned to the Imperial Post Office in the Eastern District of Missouri.

    2.    As a mail carrier, Defendant Brehm was tasked with delivering mail to the addresses on his assigned route.

## COUNT 1
**Desertion of the Mails (18 U.S.C. § 1700)**

From in or about September of 2024 through January of 2025, in the Eastern District of Missouri, the defendant,

**HAYDEN BREHM,**

having taken charge of mail to be delivered, voluntarily quit and deserted such mail, namely,

4,140 pieces of various classes of mail intended for delivery upon his route, before delivering it into the post office at the termination of his route or to an authorized employee of the United States Postal Service, in violation of Title 18, United States Code, Section 1700.

SAYLER A. FLEMING
United States Attorney


 *s/Gwendolyn E. Carroll*
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

    I, Gwendolyn Carroll, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

                                  *s/Gwendolyn Carroll*
                                  Gwendolyn Carroll

Subscribed and sworn to before me this __17th__ day of March 2025.

                          /s/ Nathan M. Graves
                          CLERK, U.S. DISTRICT COURT

         By:   /s/ David L. Braun
                         DEPUTY CLERK